Matter of Jeanty v Utica Police Dept. (2023 NY Slip Op 04911)

Matter of Jeanty v Utica Police Dept.

2023 NY Slip Op 04911

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND GREENWOOD, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (433/23) CA 22-00273.

[*1]IN THE MATTER OF VLADIMIR JEANTY, PETITIONER-APPELLANT, 
v
UTICA POLICE DEPARTMENT, MELISSA SCIORTINO, CITY CLERK/RECORDS ACCESS OFFICER, AND WILLIAM BORRILL, RECORDS ACCESS APPEALS OFFICER, RESPONDENTS-RESPONDENTS.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.